[No. 60217-9-I.  Division One.  September 2, 2008.]

GRAND VIEW HOMES, LLC, *Respondent*, v. CASCADE TESTING
LABORATORY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-10024-9, Anita L. Farris, J., entered May 31, 2007. *Remanded* by unpublished opinion per Schindler, C.J., concurred in by Agid and Lau, JJ.

[No. 60223-3-I.  Division One.  September 2, 2008.]

WILLIAM HARALD BACKMAN, *Appellant*, v. NORTHWEST
PUBLISHING CENTER, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-34405-7, Gregory P. Canova, J., entered June 1, 2007. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Agid and Appelwick, JJ. Now published at 147 Wn. App. 791.

[No. 60252-7-I.  Division One.  September 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAVI J. RHODES,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07960-2, Richard A. Jones, J., entered May 14, 2007. *Remanded* by unpublished per curiam opinion.

[No. 60363-9-I.  Division One.  September 2, 2008.]

SOMERSET VILLAGE TOWNHOMES CONDOMINIUM OWNERS'
ASSOCIATION, *as Assignee, Appellant*, v. ALLIED
CONSTRUCTION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-14644-3, Michael Hayden, J., entered July 3, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Agid, J.